UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **ANREKA ALLEN** | **CIVIL DOCKET NO. 6:24-CV-0376** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **STATE FARM FIRE AND CASUALTY COMPANY** | **MAGISTRATE JUDGE DAVID J. AYO** |

## JUDGMENT

In consideration of the Court's MEMORANDUM RULING [Doc. 27];

IT IS ORDERED that the MOTION FOR SUMMARY JUDGMENT [Doc. 12] filed by State Farm Fire & Casualty Company is GRANTED.

IT IS FURTHER ORDERED that this action is DISMISSED WITH PREJUDICE.

THUS, DONE AND SIGNED in Chambers on this 8th day of August 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE